IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., | CIVIL NO. 04-00140 (HG/LEK) |
| Plaintiff, | DECLARATION OF KIMBERLY J. KOIDE; EXHIBITS "A" - "B" |
| vs. | |
| BRIAN K. TRAN, | |
| Defendant | |
| ALLSTATE INSURANCE COMPANY, | |
| Garnishee | |

DECLARATION OF KIMBERLY J. KOIDE

    KIMBERLY J. KOIDE, hereby declares under penalty of perjury as follows:

    1.  I am an attorney licensed to practice before all of the courts of the State of Hawai'i and am an associate of the firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, counsel of record for Plaintiff. All of the information stated herein is information which I learned in my capacity as counsel for Plaintiff. If called as a witness I could and would testify to the truth

1151670.1

of the matters stated herein except as to those matters stated to be true on information and belief, and as to those matters I believe them to be true.

  2. This Declaration is made in support of Plaintiff's Ex Parte Motion for Issuance of Garnishee Summons After Judgment.

  3. On June 27, 2005, an Order Granting Stipulation for Entry of Judgment ("Judgment") in the amount of $30,000.00 was entered against Defendant and Judgment Debtor BRIAN K. TRAN ("Defendant"). A true and correct copy of said Judgment is attached hereto as Exhibit "A."

  4. The foregoing Judgment has not been appealed, reversed, modified or set aside, in whole or in part, and remains in full force and effect.

  5. The Judgment is unsatisfied, and Plaintiff is still the owner and holder of the Judgment.

  7. This Ex Parte Motion for Issuance of Garnishee Summons After Judgment asks that a Garnishee Summons be directed to Garnishee Allstate Insurance Company.

  8. Upon information and belief, Garnishee Allstate Insurance Company holds and/or owes funds belonging to Defendant.

  9. On December 19, 2005, a Judgment Debtor Examination was conducted of Defendant and Judgment Debtor Brian K. Tran. A true and correct copy of the transcript from the Judgment Debtor Examination is attached hereto as

Exhibit "B." During the examination, Defendant and Judgment Debtor Brian K. Tran testified under oath that:

   a. He does not receive unemployment benefits;

   b. He does not receive workers' compensation benefits;

   c. He does not have any source of income;

   d. He receives assistance with food stamps and lives in Section 8 housing, but does not receive any public cash assistance.

  10. Based on the above and to the best of my knowledge and belief, the Defendant and Judgment Debtor does not receive Aid to Families with Dependent Children ("AFDC") benefits or funds, unemployment benefits, social security payments, workers' compensation benefits or pension or retirement program payments exempt from garnishment under Hawai'i Revised Statutes §§ 653-3 or 651-124.

  11. To the best of my knowledge and belief, the funds to be garnished are not traceable to AFDC or Social Security Benefits, nor are the funds traceable to funds that would be exempt from garnishment under the provisions of Federal and State laws.

  I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed in Honolulu, Hawaii on January 4, 2007.

                                               _/s/ Kimberly J. Koide_
                                               KIMBERLY J. KOIDE