IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. TRAN, Plaintiff, vs. BEN BRIDGE-JEWELERS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10, Defendants. | CIVIL NO. 04-00140 (HG/LEK) |

INTERPRETED DEPOSITION OF BRIAN TRAN

Taken on behalf of the Defendant BEN BRIDGE JEWELERS, INC., at the United States Federal District Court, District of Hawaii, 300 Ala Moana Boulevard, Second Floor Conference Room, Honolulu, Hawaii 96813, commencing at 9:15 a.m., on Monday, December 19, 2005 pursuant to Notice.

BEFORE: MYRLA R. SEGAWA, CSR No. 397

Notary Public, State of Hawaii

**EXHIBIT B**

APPEARANCES:

For Defendant BEN BRIDGE JEWELERS, INC.:

A. RICHARD PHILPOTT, ESQ.
Goodsill, Anderson, Quinn & Stifel
1800 Alii Place
1099 Alakea Street
Honolulu, Hawaii 96813

Also present: THU-HUONG CRUMPTON

```
                                                      3
 1                        I N D E X

 2

 3   EXAMINATION BY:                                PAGE

 4       MR. PHILPOTT................................4

 5

 6

 7

 8   EXHIBITS MARKED FOR IDENTIFICATION             PAGE

 9       -NONE-

10

11

...

25
```

```
                                                              4
 1              (Disclosure presented to all counsel.)
 2                        BRIAN TRAN,
 3   called as a witness by and on behalf of the Defendants,
 4   having been first duly sworn to tell the truth, the
 5   whole truth and nothing but the truth, was examined and
 6   testified as follows:
 7                        EXAMINATION
 8   BY MR. PHILPOTT:
 9        Q    Good morning, Mr. Tran.  Please state your
10   full name.
11        A    Brian K. Tran.
12        Q    And what is your social security number?
13        A    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.
14        Q    Thank you.  And as I recall, you were born
15   in Vietnam?
16        A    Correct.
17        Q    What is your current address?
18        A    802 Prospect, Apartment 506.  The ZIP code
19   is 96813.
20        Q    Okay.  Do you rent that apartment?
21        A    With that apartment my wife gets some help
22   with the rent from the government and we pay part of
23   the rent because of our low income.
24        Q    So you do not own that apartment?
25        A    No.
```

Q What is your occupation currently?

A I'm learning how to be a manicurist. I have looked for jobs, but I have not found any.

Q You said you're learning to be a?

A Manicurist.

Q Manicurist, okay. Let's go back to the day that you last appeared in this court.

A Yes.

Q Have you worked since that time?

A No. Since I was fired by Ben Bridge, I have not been able to find a job.

Q Have you been paid by anyone for work done since you were fired by Ben Bridge?

A No.

Q Do you currently have any source of income at all?

A No.

Q Are you currently receiving unemployment?

A No.

Q Are you currently receiving workers' compensation?

A No.

Q Has your girlfriend Jennie Tran been your sole source of income since you were terminated by Ben Bridge?

A She works and pays all the bills. I have not had any work.

Q My question is have you received any income at all from anyone since you were fired by Ben Bridge?

A No.

Q Have you performed any watch making or watch repair since you were terminated by Ben Bridge?

A No.

Q When we last took your deposition, you were wearing a Rolex watch?

A I sold it a long time ago.

Q And when did you sell it?

A Oh, before -- oh, wait, wait. It was 2003. I sold it. I sold it a long time ago around 2003, but I don't remember exactly when.

Q Do you currently own any Rolex watches?

A No.

Q What is Jennie Tran's source of income?

A She works as a manicurist.

Q And does she receive aid from the state of Hawaii?

A No.

Q Does she receive aid from the federal government?

A No.

Q Do the children that you have by Jennie receive any aid from the state of Hawaii?

A No. They only help with the food stamps. They did not give us any cash assistance.

Q Did Jennie receive any cash assistance for the children at any time?

A I don't know if she had before, but for about five years now, she has not received that.

Q Earlier you testified that you -- that you were or Jennie were receiving public assistance because of low income. What kind of assistance were you talking about?

A The Section 8 program.

Q Section 8. And so you and Jennie and your children are living in low income Section 8 housing?

A Correct.

Q Are you currently married to Jennie Tran?

A Yes.

Q When did you get married?

A May, since May.

Q May 2005?

A Yes, that's correct.

Q And as I recall, you have two children by Jennie Tran?

A One.

Q One. And does that one child live with you and Jennie now?

A Correct.

Q Do you have a valid driver's license?

A Yes.

Q I'd like to see it. Thank you. Let the record reflect that I am reviewing driver's license H00181304 issued 5/20/05 to Brian Khoi spelled K-H-O-I Tran. Address 802 Prospect, Apartment No. 506. Thank you.

During your trial, you testified that you often kept cash in your apartment. Do you have any cash in your apartment now?

A Not now. I don't have any money.

Q Do you own an automobile?

A Yes.

Q What is the make and model of the automobile?

A It's a BMW '92.

Q Thank you. And is that the same automobile that was involved in the accident?

A Correct.

Q Is the lawsuit concerning that accident still ongoing?

A It's still ongoing.

Q And are you seeking damages and lost wages in that lawsuit?

A Seek from whom?

Q The person who hit your car?

A Yes, but that person has not agreed to pay.

Q Thank you. Do you currently have a personal checking account?

A Yes.

Q With what bank?

A I will give you the information and you can check.

Q Thank you.

A That's the checking account. We got both.

Q Are both of these accounts in your name?

A Yes.

Q Let the record reflect that I am reviewing two American Savings Bank account number cards, one showing checking account number 80004-800785. And savings account 30011-96222. At what branch do you have these accounts?

A American Savings on Kapiolani.

Q Thank you. Thank you very much. I'm returning your cards. Do you have any other savings or checking account in your name in addition to the

                                                                    two accounts you have just identified?

A No, no. I have always had just those two accounts.

Q Is your name on any business banking or checking account?

A No.

Q Do you have any valuables deposited in any bank, in any bank box?

A No.

Q Do you have a bank safety box?

A No.

Q Do you own stock in any company?

A No.

Q Have you ever declared bankruptcy?

A No.

Q Do you own any real property such as land or houses in this country or anywhere else?

A No.

Q Within the past five years, have you closed any bank savings or checking accounts in your name?

A There was another account from the same bank. I just lost all the checks. So I closed that account, and I reopened another one from the same bank.

Q And was that the same account that you told

us about when we took your deposition at our office?

A Yes.

Q The same one?

A Yes.

Q Do you currently have someone that prepares your taxes?

A I have not filed for the year 2005, and I have not made any money. I have not had any income.

Q So is it your testimony that you do not have any income to declare for federal income tax for 2005?

A Correct. My wife has been working. So she will file for taxes, but we have not received the book to have received the tax information.

Q And by book you mean tax information book?

A Yeah.

Q Thank you. Do you have any bonds?

A No.

Q Do you owe anyone any money on a mortgage?

A No.

Q Do you have any personal debts in excess of $1,000?

A No.

Q How much is currently on deposit in your checking account at American Savings Bank?

                                                                  A About $40.00 or $50.00.

Q And how much is currently on deposit in your savings account at American Savings Bank?

A $10.

Q Thank you. Have you transferred any money out of the United States in the past five years?

A No. I don't have the money to transfer.

Q Do you have any interest in any retirement account except your account at Ben Bridge Jewelers?

A No.

Q Do you have any other judgments against you besides this judgment by Ben Bridge Jewelers?

A No.

Q Do you have insurance on your life?

A Yes, I did.

Q And who is the -- what is the face value of the policy?

A $100,000. But when I ran out of money, I borrowed $5,000 from them. So it's only $95,000.

Q And who issued the policy?

A The name of the person that?

Q Yes, the name of the insurance company?

A Woodman.

Q Woodman. And what do you understand is the cash value now?

A Yeah. As I said, when I didn't have money, I had to borrow $5,000. So I don't have any cash value in there.

Q Is this a whole life policy?

A Well, that's too complicated.

Q How frequently do you make payments and how much are the payments?

A Once every three months and each time $211.

Q Okay. When did you first take out that policy?

A I bought it a long time ago when I was still working. I don't remember when.

Q More than five years?

A Yes.

Q And is it correct that the name of the company is Woodman?

A Yes.

Q Do you own any jewelry with a value greater than $100?

A No.

Q Do you own any watches with a value of greater than $100?

A No.

Q Do you own any jade jewelry?

A No.

Q And do you own any antique jewelry that you brought from Vietnam?

A No.

Q Have you transferred any property to anyone in the past three years?

A No.

Q Do you have any assets that you have not told me about?

A No, I don't have any. I don't have money.

Q What is the value of your retirement at Ben Bridge Jewelers?

A About 16 or $17,000.

Q And have you made any effort to withdraw that money?

A No.

Q Do you intend to surrender that money in order to satisfy this judgment?

A I don't know.

Q Do you have any intention of leaving the state of Hawaii in the next year?

A As a matter of fact because I have not found jobs here, I would like to go somewhere to look for jobs, but I don't have money for transportation.

Q In the past three years, have you received any income from gambling?

A No.

Q Would you provide me with the name and address of two people who would always know how to reach you? You may write them down, if you wish.

A The two names written down are Jenny Tran and --

Q Let me stop and ask. Is this the same Jennie Tran that you live with now?

A Yes.

Q Let me ask further. Do you know if Jennie Tran has any plans to leave the state of Hawaii in the next year?

A No. Yeah, it's just a thought, an intention but there's no way I can move anywhere else because to move there, I would have to have transportation and money to survive there and I don't.

Q Okay. And the second name is?

A The second name is V-A-N, S-I-N-H, T-R-A-N, Van Sinh Tran.

Q And what is your relationship to Van Sinh Tran?

A He's my older brother.

Q And where does he live?

A He lives in a housing project by the

government.

Q And what is his phone number?

A 843-1154.

Q Thank you. Do you currently have any interest in the Super Pho Restaurant.

A No, I have nothing in it.

Q And when did you give up your interest in the Super Pho Restaurant?

A From the day I lend my name to the restaurant to the day that I got all my interest out, it was only six months, I think, if I'm not mistaken, it was June.

Q And is that June 2004?

A Yes.

Q And since June 2004, have you received any income from Super Pho Restaurant?

A No, I have completely nothing in it.

Q Have you worked in Super Pho Restaurant since June of 2004?

A No.

Q To clarify, is it your testimony today that you only have one child by Jennie Tran?

A Yes. The other one is Jennie's child.

Q I see. Jennie's child is by someone else?

A Yes.

Q Thank you. Have you ever applied for public assistance of any form?

A Since I haven't worked, I applied and I got my name put in together with Jennie's to receive the food stamps.

Q And are the food stamps the only public assistance for which you have ever applied?

A Correct.

Q Thank you. Did you receive -- excuse me, when you got out of the Super Pho business, did you receive any money for that business?

A No.

Q And who took the business over from you?

A The son of the owner. He came back from Florida.

Q And did the son of the owner who came back from Florida pay you anything?

A No.

Q And did the owner pay you anything?

A No.

Q I forgot to ask. What is your current telephone number?

A 524-3592.

Q And is that the number at 802 Prospect, Apartment No. 506?

A Yes.

Q Thank you. That is all I have. Thank you for your cooperation.

A Thank you.

Q Mr. Tran, you have the right to review a copy of this transcript and to make any changes you wish to make, and you have two choices. You can waive or give up your right to the transcript or we will send you the transcript and you will have 30 days to make changes. What is your preference?

A You don't need to send it to me.

Q All right. So do you give up your right to read and sign the deposition?

A Right. Thank you.

(Deposition concluded at 9:50 a.m.)

C E R T I F I C A T E

STATE OF HAWAII )<br>
) SS:<br>
CITY AND COUNTY OF HONOLULU )

I, MYRLA R. SEGAWA, Notary Public, State of Hawaii, do hereby certify:

That on Monday, December 19, 2005, at 9:15 a.m., appeared before me BRIAN TRAN, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 3rd day of January, 2006, in Honolulu, Hawaii.

MYRLA R. SEGAWA, CSR NO. 397<br>
Notary Public, State of Hawaii<br>
My Commission Exp: 1-27-2009