IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN K. TRAN, <br><br> Defendant <br><br><br> ALLSTATE INSURANCE COMPANY, <br><br> Garnishee | CIVIL NO. 04-00140 (HG/LEK) <br><br> ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

ORDER FOR ISSUANCE OF
GARNISHEE SUMMONS AFTER JUDGMENT

The foregoing Ex Parte Motion for Issuance of Garnishee Summons After Judgment is granted and IT IS HEREBY ORDERED that Garnishee Summons with respect to deposits, accounts, funds, assets, goods and effects held on behalf of, owed to, or belonging to Defendant and Judgment Debtor Brian K. Tran, issue according to law upon:

        Allstate Insurance Company
        841 Bishop Street, Suite 2111
        Honolulu, Hawai'i 96813

1151670.1

DATED: Honolulu, Hawai'i, ____1/5/07____.

_____
JUDGE OF THE ABOVE ENTITLED COURT

===============================================================================
*Ben Bridge-Jeweler, Inc. v. Brian K. Tran, Allstate Insurance Company,* Civil No. 04-00140 (HG/LEK); ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT