**ORIGINAL**

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROLYN K. GUGELYK        6276-0
    cgugelyk@goodsill.com
KIMBERLY J. KOIDE         8256-0
    kkoide@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED
JAN 0 5 2007
8:40A
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN K. TRAN,<br><br>    Defendant<br><br>CLAY CHAPMAN CRUMPTON IWAMURA & PULICE,<br><br>    Garnishee | CIVIL NO. 04-00140 (HG/LEK)<br><br>EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF KIMBERLY J. KOIDE; EXHIBITS "A" and B"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; GARNISHEE SUMMONS AND ORDER<br><br>Trial: May 3, 2005 |

1610128.1

## EX PARTE MOTION FOR ISSUANCE OF
## GARNISHEE SUMMONS AFTER JUDGMENT

Comes now Plaintiff and Judgment Creditor Ben Bridge-Jewelers, Inc. ("Plaintiff") and moves that Garnishee Summons issue herein directed to Garnishee CLAY CHAPMAN CRUMPTON IWAMURA & PULICE ("Garnishee") upon a day appointed in said summons for hearing and cause as against said Garnishee and then and there on oath disclose (1) whether it has, or at any time the Garnishee Summons was served, had any of the goods or effects of Defendant and Judgment Debtor BRIAN K. TRAN ("Defendant"), in its hands, and, if so, the nature, amount and value thereof; or (2) whether it is or, at the time the Garnishee Summons was served, was indebted to said Defendant and Judgment Debtor and, if so, the nature and amount of the debt, including the amount of all payments due and coming due at any time in the future for the repayment of said debt; or (3) whether it has, or at the time the Garnishee Summons was served, had any monies of Defendant in its possession for safekeeping and, if so, the amount thereof; or (4) whether it has, or at the time the Garnishee Summons was served, any salary, stipend, wage, commission, annuity or net income or portion of net income under a trust, and if so, the amount or rate thereof.

This Motion is based on the records and proceedings herein, the Declaration of Counsel and exhibits attached hereto and by this reference made a part hereof, and on Hawai'i Revised Statutes Chapter 652, as amended.

DATED: Honolulu, Hawai'i, January 4, 2007.

_____
CAROLYN K. GUGELYK
KIMBERLY J. KOIDE

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.