

**ORIGINAL**

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

A. RICHARD PHILPOTT    3599-0
CAROLYN K. GUGELYK     6276-0
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
BEN BRIDGE JEWELER, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2005

at 3 o'clock and 05 min. P M
SUE BEITIA, CLERK

**LODGED**

Jun 2 4 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| BRIAN K. TRAN, | CIVIL NO. 04-00140 (HG/LEK) |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT |
| BEN BRIDGE-JEWELERS, INC; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10, | |
| Defendants. | Trial Date: May 3, 2005 |

ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT

Having read and considered the Stipulation for Entry of Judgment

between Plaintiff Brian K. Tran ("Plaintiff") and Defendant Ben Bridge Jeweler,

954398.2

**EXHIBIT A**

Inc. ("Defendant") and all papers and documents filed in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be and hereby is entered in favor of Defendant and against Plaintiff;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall pay to Defendant the amount of $30,000.00 incurred as Defendant's costs in this matter;

The clerk is directed to enter judgment accordingly forthwith.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, 6-24-05

_____
THE HONORABLE HELEN GILLMOR

APPROVED AS TO FORM:

_____
VENETIA CARPENTER-ASUI
Attorney for Plaintiff
BRIAN K. TRAN

Brian K. Tran vs. Ben Bridge-Jewelers, Inc. et al.; Civil No. 04-00140 HG/LEK;
ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT

2