```
                                                              1

 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3

 4   BRIAN K. TRAN,              ) CIVIL NO. 04-00140 (HG/LEK)
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )
                                 )
 7   BEN BRIDGE-JEWELERS, INC.;  )
     JOHN DOES 1-10; JANE DOES   )
 8   1-10; DOE ENTITIES 1-10,    )
                                 )
 9              Defendants.      )
     _____)

10

11          INTERPRETED DEPOSITION OF BRIAN TRAN

12   Taken on behalf of the Defendant BEN BRIDGE JEWELERS,

13   INC., at the United States Federal District Court,

14   District of Hawaii, 300 Ala Moana Boulevard, Second

15   Floor Conference Room, Honolulu, Hawaii 96813,

16   commencing at 9:15 a.m., on Monday, December 19, 2005

17   pursuant to Notice.

18

19         BEFORE: MYRLA R. SEGAWA, CSR No. 397

20             Notary Public, State of Hawaii

21

22

23

24                    **EXHIBIT B**

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                           2
 1   APPEARANCES:

 2        For Defendant BEN BRIDGE JEWELERS, INC.:

 3             A. RICHARD PHILPOTT, ESQ.
               Goodsill, Anderson, Quinn
 4              & Stifel
               1800 Alii Place
 5             1099 Alakea Street
               Honolulu, Hawaii  96813
 6

 7        Also present: THU-HUONG CRUMPTON
```

```
                                                                    3
 1                          I N D E X

 2

 3   EXAMINATION BY:                                             PAGE

 4       MR. PHILPOTT.................................4

 5

 6

 7

 8   EXHIBITS MARKED FOR IDENTIFICATION                          PAGE

 9       -NONE-

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1      (Disclosure presented to all counsel.)

2                  BRIAN TRAN,

3  called as a witness by and on behalf of the Defendants,

4  having been first duly sworn to tell the truth, the

5  whole truth and nothing but the truth, was examined and

6  testified as follows:

7                  EXAMINATION

8  BY MR. PHILPOTT:

9      Q    Good morning, Mr. Tran.  Please state your

10 full name.

11     A    Brian K. Tran.

12     Q    And what is your social security number?

13     A    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.

14     Q    Thank you.  And as I recall, you were born

15 in Vietnam?

16     A    Correct.

17     Q    What is your current address?

18     A    802 Prospect, Apartment 506.  The ZIP code

19 is 96813.

20     Q    Okay.  Do you rent that apartment?

21     A    With that apartment my wife gets some help

22 with the rent from the government and we pay part of

23 the rent because of our low income.

24     Q    So you do not own that apartment?

25     A    No.

1  Q   What is your occupation currently?
2  A   I'm learning how to be a manicurist. I
3  have looked for jobs, but I have not found any.
4  Q   You said you're learning to be a?
5  A   Manicurist.
6  Q   Manicurist, okay. Let's go back to the day
7  that you last appeared in this court.
8  A   Yes.
9  Q   Have you worked since that time?
10 A   No. Since I was fired by Ben Bridge, I
11 have not been able to find a job.
12 Q   Have you been paid by anyone for work done
13 since you were fired by Ben Bridge?
14 A   No.
15 Q   Do you currently have any source of income
16 at all?
17 A   No.
18 Q   Are you currently receiving unemployment?
19 A   No.
20 Q   Are you currently receiving workers'
21 compensation?
22 A   No.
23 Q   Has your girlfriend Jennie Tran been your
24 sole source of income since you were terminated by
25 Ben Bridge?

1    A    She works and pays all the bills. I have
2 not had any work.
3    Q    My question is have you received any income
4 at all from anyone since you were fired by Ben
5 Bridge?
6    A    No.
7    Q    Have you performed any watch making or
8 watch repair since you were terminated by Ben Bridge?
9    A    No.
10    Q    When we last took your deposition, you were
11 wearing a Rolex watch?
12    A    I sold it a long time ago.
13    Q    And when did you sell it?
14    A    Oh, before -- oh, wait, wait. It was 2003.
15 I sold it. I sold it a long time ago around 2003,
16 but I don't remember exactly when.
17    Q    Do you currently own any Rolex watches?
18    A    No.
19    Q    What is Jennie Tran's source of income?
20    A    She works as a manicurist.
21    Q    And does she receive aid from the state of
22 Hawaii?
23    A    No.
24    Q    Does she receive aid from the federal
25 government?

1    A    No.

2    Q    Do the children that you have by Jennie
3 receive any aid from the state of Hawaii?

4    A    No. They only help with the food stamps.
5 They did not give us any cash assistance.

6    Q    Did Jennie receive any cash assistance for
7 the children at any time?

8    A    I don't know if she had before, but for
9 about five years now, she has not received that.

10    Q    Earlier you testified that you -- that you
11 were or Jennie were receiving public assistance
12 because of low income. What kind of assistance were
13 you talking about?

14    A    The Section 8 program.

15    Q    Section 8. And so you and Jennie and your
16 children are living in low income Section 8 housing?

17    A    Correct.

18    Q    Are you currently married to Jennie Tran?

19    A    Yes.

20    Q    When did you get married?

21    A    May, since May.

22    Q    May 2005?

23    A    Yes, that's correct.

24    Q    And as I recall, you have two children by
25 Jennie Tran?

1    A    One.

2    Q    One. And does that one child live with you
3  and Jennie now?

4    A    Correct.

5    Q    Do you have a valid driver's license?

6    A    Yes.

7    Q    I'd like to see it. Thank you. Let the
8  record reflect that I am reviewing driver's license
9  H00181304 issued 5/20/05 to Brian Khoi spelled
10 K-H-O-I Tran. Address 802 Prospect, Apartment No.
11 506. Thank you.

12         During your trial, you testified that you
13 often kept cash in your apartment. Do you have any
14 cash in your apartment now?

15   A    Not now. I don't have any money.

16   Q    Do you own an automobile?

17   A    Yes.

18   Q    What is the make and model of the
19 automobile?

20   A    It's a BMW '92.

21   Q    Thank you. And is that the same automobile
22 that was involved in the accident?

23   A    Correct.

24   Q    Is the lawsuit concerning that accident
25 still ongoing?

9

1    A    It's still ongoing.

2    Q    And are you seeking damages and lost wages
3 in that lawsuit?

4    A    Seek from whom?

5    Q    The person who hit your car?

6    A    Yes, but that person has not agreed to pay.

7    Q    Thank you.  Do you currently have a
8 personal checking account?

9    A    Yes.

10   Q    With what bank?

11   A    I will give you the information and you can
12 check.

13   Q    Thank you.

14   A    That's the checking account.  We got both.

15   Q    Are both of these accounts in your name?

16   A    Yes.

17   Q    Let the record reflect that I am reviewing
18 two American Savings Bank account number cards, one
19 showing checking account number 80004-800785.  And
20 savings account 30011-96222.  At what branch do you
21 have these accounts?

22   A    American Savings on Kapiolani.

23   Q    Thank you.  Thank you very much.  I'm
24 returning your cards.  Do you have any other savings
25 or checking account in your name in addition to the

10

1  two accounts you have just identified?
2      A   No, no.  I have always had just those two
3  accounts.
4      Q   Is your name on any business banking or
5  checking account?
6      A   No.
7      Q   Do you have any valuables deposited in any
8  bank, in any bank box?
9      A   No.
10     Q   Do you have a bank safety box?
11     A   No.
12     Q   Do you own stock in any company?
13     A   No.
14     Q   Have you ever declared bankruptcy?
15     A   No.
16     Q   Do you own any real property such as land
17 or houses in this country or anywhere else?
18     A   No.
19     Q   Within the past five years, have you closed
20 any bank savings or checking accounts in your name?
21     A   There was another account from the same
22 bank.  I just lost all the checks.  So I closed that
23 account, and I reopened another one from the same
24 bank.
25     Q   And was that the same account that you told

```
                                                              11
 1   us about when we took your deposition at our office?
 2        A    Yes.
 3        Q    The same one?
 4        A    Yes.
 5        Q    Do you currently have someone that prepares
 6   your taxes?
 7        A    I have not filed for the year 2005, and I
 8   have not made any money.  I have not had any income.
 9        Q    So is it your testimony that you do not
10   have any income to declare for federal income tax for
11   2005?
12        A    Correct.  My wife has been working.  So she
13   will file for taxes, but we have not received the
14   book to have received the tax information.
15        Q    And by book you mean tax information book?
16        A    Yeah.
17        Q    Thank you.  Do you have any bonds?
18        A    No.
19        Q    Do you owe anyone any money on a mortgage?
20        A    No.
21        Q    Do you have any personal debts in excess of
22   $1,000?
23        A    No.
24        Q    How much is currently on deposit in your
25   checking account at American Savings Bank?
```

```
                                                            12
1      A     About $40.00 or $50.00.
2      Q     And how much is currently on deposit in
3   your savings account at American Savings Bank?
4      A     $10.
5      Q     Thank you.  Have you transferred any money
6   out of the United States in the past five years?
7      A     No.  I don't have the money to transfer.
8      Q     Do you have any interest in any retirement
9   account except your account at Ben Bridge Jewelers?
10     A     No.
11     Q     Do you have any other judgments against you
12  besides this judgment by Ben Bridge Jewelers?
13     A     No.
14     Q     Do you have insurance on your life?
15     A     Yes, I did.
16     Q     And who is the -- what is the face value of
17  the policy?
18     A     $100,000.  But when I ran out of money, I
19  borrowed $5,000 from them.  So it's only $95,000.
20     Q     And who issued the policy?
21     A     The name of the person that?
22     Q     Yes, the name of the insurance company?
23     A     Woodman.
24     Q     Woodman.  And what do you understand is the
25  cash value now?
```

13

1   A   Yeah.  As I said, when I didn't have money,
2   I had to borrow $5,000.  So I don't have any cash
3   value in there.
4   Q   Is this a whole life policy?
5   A   Well, that's too complicated.
6   Q   How frequently do you make payments and how
7   much are the payments?
8   A   Once every three months and each time $211.
9   Q   Okay.  When did you first take out that
10  policy?
11  A   I bought it a long time ago when I was
12  still working.  I don't remember when.
13  Q   More than five years?
14  A   Yes.
15  Q   And is it correct that the name of the
16  company is Woodman?
17  A   Yes.
18  Q   Do you own any jewelry with a value greater
19  than $100?
20  A   No.
21  Q   Do you own any watches with a value of
22  greater than $100?
23  A   No.
24  Q   Do you own any jade jewelry?
25  A   No.

```
                                                              14
 1      Q    And do you own any antique jewelry that you
 2 brought from Vietnam?
 3      A    No.
 4      Q    Have you transferred any property to anyone
 5 in the past three years?
 6      A    No.
 7      Q    Do you have any assets that you have not
 8 told me about?
 9      A    No, I don't have any.  I don't have money.
10      Q    What is the value of your retirement at Ben
11 Bridge Jewelers?
12      A    About 16 or $17,000.
13      Q    And have you made any effort to withdraw
14 that money?
15      A    No.
16      Q    Do you intend to surrender that money in
17 order to satisfy this judgment?
18      A    I don't know.
19      Q    Do you have any intention of leaving the
20 state of Hawaii in the next year?
21      A    As a matter of fact because I have not
22 found jobs here, I would like to go somewhere to look
23 for jobs, but I don't have money for transportation.
24      Q    In the past three years, have you received
25 any income from gambling?
```

```
                                                        15
 1      A    No.
 2      Q    Would you provide me with the name and
 3 address of two people who would always know how to
 4 reach you?  You may write them down, if you wish.
 5      A    The two names written down are Jenny Tran
 6 and --
 7      Q    Let me stop and ask.  Is this the same
 8 Jennie Tran that you live with now?
 9      A    Yes.
10      Q    Let me ask further.  Do you know if Jennie
11 Tran has any plans to leave the state of Hawaii in
12 the next year?
13      A    No.  Yeah, it's just a thought, an
14 intention but there's no way I can move anywhere else
15 because to move there, I would have to have
16 transportation and money to survive there and I
17 don't.
18      Q    Okay.  And the second name is?
19      A    The second name is V-A-N, S-I-N-H, T-R-A-N,
20 Van Sinh Tran.
21      Q    And what is your relationship to Van Sinh
22 Tran?
23      A    He's my older brother.
24      Q    And where does he live?
25      A    He lives in a housing project by the
```

16

1   government.

2   Q   And what is his phone number?

3   A   843-1154.

4   Q   Thank you.  Do you currently have any
5   interest in the Super Pho Restaurant.

6   A   No, I have nothing in it.

7   Q   And when did you give up your interest in
8   the Super Pho Restaurant?

9   A   From the day I lend my name to the
10  restaurant to the day that I got all my interest out,
11  it was only six months, I think, if I'm not mistaken,
12  it was June.

13  Q   And is that June 2004?

14  A   Yes.

15  Q   And since June 2004, have you received any
16  income from Super Pho Restaurant?

17  A   No, I have completely nothing in it.

18  Q   Have you worked in Super Pho Restaurant
19  since June of 2004?

20  A   No.

21  Q   To clarify, is it your testimony today that
22  you only have one child by Jennie Tran?

23  A   Yes.  The other one is Jennie's child.

24  Q   I see.  Jennie's child is by someone else?

25  A   Yes.

```
                                                         17
 1       Q    Thank you.  Have you ever applied for
 2  public assistance of any form?
 3       A    Since I haven't worked, I applied and I got
 4  my name put in together with Jennie's to receive the
 5  food stamps.
 6       Q    And are the food stamps the only public
 7  assistance for which you have ever applied?
 8       A    Correct.
 9       Q    Thank you.  Did you receive -- excuse me,
10  when you got out of the Super Pho business, did you
11  receive any money for that business?
12       A    No.
13       Q    And who took the business over from you?
14       A    The son of the owner.  He came back from
15  Florida.
16       Q    And did the son of the owner who came back
17  from Florida pay you anything?
18       A    No.
19       Q    And did the owner pay you anything?
20       A    No.
21       Q    I forgot to ask.  What is your current
22  telephone number?
23       A    524-3592.
24       Q    And is that the number at 802 Prospect,
25  Apartment No. 506?
```

```
                                                                18
 1       A    Yes.
 2       Q    Thank you.  That is all I have.  Thank you
 3  for your cooperation.
 4       A    Thank you.
 5       Q    Mr. Tran, you have the right to review a
 6  copy of this transcript and to make any changes you
 7  wish to make, and you have two choices.  You can
 8  waive or give up your right to the transcript or we
 9  will send you the transcript and you will have 30
10  days to make changes.  What is your preference?
11       A    You don't need to send it to me.
12       Q    All right.  So do you give up your right to
13  read and sign the deposition?
14       A    Right.  Thank you.
15            (Deposition concluded at 9:50 a.m.)
16
17
18
19
20
21
22
23
24
25
```

                                                                19

1                    C E R T I F I C A T E

2    STATE OF HAWAII              )
                                  )  SS:
3    CITY AND COUNTY OF HONOLULU  )

4            I, MYRLA R. SEGAWA, Notary Public, State of

5    Hawaii, do hereby certify:

6            That on Monday, December 19, 2005, at

7    9:15 a.m., appeared before me BRIAN TRAN, the witness

8    whose deposition is contained herein; that prior to

9    being examined he was by me duly sworn;

10           That the deposition was taken down by me in

11   machine shorthand and was thereafter reduced to

12   typewriting under my supervision; that the foregoing

13   represents, to the best of my ability, a true and

14   correct transcript of the proceedings had in the

15   foregoing matter.

16           I further certify that I am not an attorney

17   for any of the parties hereto, nor in any way

18   concerned with the cause.

19           DATED this 3rd day of January, 2006, in

20   Honolulu, Hawaii.

21

22                   _____
23                   MYRLA R. SEGAWA, CSR NO. 397
                     Notary Public, State of Hawaii
24                   My Commission Exp:  1-27-2009

25