IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN K. TRAN, <br><br> Defendant <br><br><br> CLAY CHAPMAN IWAMURA & PULICE, <br><br> Garnishee | CIVIL NO. 04-00140 (HG/LEK) <br><br> ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

ORDER FOR ISSUANCE OF
GARNISHEE SUMMONS AFTER JUDGMENT

The foregoing Ex Parte Motion for Issuance of Garnishee Summons After Judgment is granted and IT IS HEREBY ORDERED that Garnishee Summons with respect to deposits, accounts, funds, assets, goods and effects held on behalf of, owed to, or belonging to Defendant and Judgment Debtor Brian K. Tran, issue according to law upon:

        Clay Chapman Crumpton Iwamura & Pulice
        Topa Financial Ctr., Bishop Street Tower
        700 Bishop Street, Suite 2100
        Honolulu, Hawai'i 96813

1610128.1

DATED: Honolulu, Hawai'i,    1/5/07   .

_____
JUDGE OF THE ABOVE ENTITLED COURT

===============================================================

*Ben Bridge-Jeweler, Inc. v. Brian K. Tran, Clay Chapman Crumpton Iwamura & Pulice*, Civil No. 04-00140 (HG/LEK); ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT