GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROLYN K. GUGELYK        6276-0
     cgugelyk@goodsill.com
KIMBERLY J. KOIDE           8256-0
     kkoide@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813

Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., <br><br>       Plaintiff, <br><br>  vs. <br><br> BRIAN K. TRAN, <br><br>       Defendant <br><br><br> CLAY CHAPMAN CRUMPTON IWAMURA & PULICE, <br><br>       Garnishee | CIVIL NO.  04-00140 (HG/LEK) <br><br> GARNISHEE SUMMONS AND ORDER <br><br><br> Trial:  May 3, 2005 |

1610253.1

## GARNISHEE SUMMONS AND ORDER

TO:   ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

YOU ARE COMMANDED to leave a true and attested copy of this Summons and Order with the above-named garnishee at the following address:

> CLAY CHAPMAN CRUMPTON IWAMURA &PULICE
> Topa Financial Ctr., Bishop Street Tower
> 700 Bishop Street, Suite 2100
> Honolulu, Hawai'i 96813

YOU, AS GARNISHEE, ARE HEREBY SUMMONED and required to appear personally before the Honorable _Leslie E. Kobayashi_ , in her courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _Tuesday_ , the _20th_ day of _February_ , 2007, at _9:30_ _a_.m., or to file a written disclosure in the above-entitled Court, and serve a copy of it on Plaintiff or its attorney, within twenty (20) days after service of the summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath.  It must state whether you have, or at the time of service:

a.      Had any of the goods or effects in your hands of Defendant and Judgment Debtor Brian K. Tran ("Defendant") and, if so, the nature, amount and value of the same; or

2

   b. Was indebted to Defendant and if so, the amount and nature of such debt; or

   c. Had any monies of Defendant in your possession for safekeeping, and if so, the amount thereof; or

   d. Defendant was in receipt from you of any salary, stipend, wage, commission, annuity or net income or portion of net income under a trust, and if so, the amount or rate thereof; and

   YOU, AS GARNISHEE, ARE HEREBY ORDERED to hold and secure from the time of service of this Summons and Order until further order of this Court, a sum which shall not exceed 120% of the amount of the Judgment indicated above, including costs and interest, as provided by Chapter 652 of the Hawaii Revised Statutes, as amended.

   YOU ARE HEREBY NOTIFIED that upon failure to appear at the time and place above mentioned, or to file a written disclosure, execution shall be issued against you to satisfy the Judgment as your own proper debt.

   SEE FEDERAL WAGE GARNISHMENT LAW FOR APPLICABLE RESTRICTIONS ATTACHED.  (Singular includes the plural, and masculine includes feminine and neuter).

Dated:  Honolulu, Hawaii, _____JAN 0 9 2007_____.


SUE BEITIA
_____
Clerk of the Above-Entitled Court

Deputy Clerk, United States
District Court, District of Hawaii

===================================================================
*Ben Bridge-Jeweler, Inc. v. Brian K. Tran, Clay Chapman Crumpton Iwamura &*
*Pulice,* Civil No. 04-00140 (HG/LEK); GARNISHEE SUMMONS AND ORDER