ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROLYN K. GUGELYK     6276-0
    cgugelyk@goodsill.com
KIMBERLY J. KOIDE      8256-0
    kkoide@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. TRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN BRIDGE JEWELERS, INC., et al.,<br><br>    Defendants,<br><br>CLAY CHAPMAN CRUMPTON IWAMURA & PULICE,<br><br>    Garnishee. | CIVIL NO. 04-00140 HG LEK<br>(Declaratory Judgment)<br><br>RETURN AND ACKNOWLEDGMENT OF SERVICE<br><br>**(CLAY CHAPMAN CRUMPTON IWAMURA & PULICE)**<br><br>*Robert E Chapman*<br>*President*<br>*1-9-07   11:26 Am* |

521241.1

RETURN AND ACKNOWLEDGMENT OF SERVICE

I certify that I served the documents listed below by delivering a certified copy of each document to the person(s) at the time, date and place shown.

EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF KIMBERLY J. KOIDE; EXHIBITS "A" AND "B"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; GARNISHEE SUMMONS AND ORDER

Name of Person Served: CLAY CHAPMAN CRUMPTON IWAMURA & PULICE, through ROBERT CHAPMAN, PRESIDENT

Time Served:    11:26 AM

Date Served:    JANUARY 9, 2007

Place Served:   700 BISHOP STREET S-2100, HONOLULU HAWAII 96813

Acknowledgment of Person Served:

   Dated: Honolulu, Hawaii, JANUARY 10, 2007               .

_____
AGENT A. SHANNON

2