**ORIGINAL**

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROLYN K. GUGELYK       6276-0
    cgugelyk@goodsill.com
KIMBERLY J. KOIDE        8256-0
    kkoide@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2007

at __10__ o'clock and __50__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. TRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN BRIDGE JEWELERS, INC.,<br>et al.,<br><br>    Defendants,<br><br>ALLSTATE INSURANCE<br>COMPANY,<br><br>    Garnishee. | CIVIL NO. 04-00140 HG LEK<br>(Declaratory Judgment)<br><br>RETURN AND<br>ACKNOWLEDGMENT OF<br>SERVICE<br><br>**(ALLSTATE INSURANCE COMPANY)**<br><br>_/s/ signature_<br><br>MARK T. ICHIYAMA<br>Allstate Ins. Co.<br>Staff Counsel<br>1/9/07   1119 |

521241.1

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I certify that I served the documents listed below by delivering a certified copy of each document to the person(s) at the time, date and place shown.

EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF KIMBERLY J. KOIDE; EXHIBITS "A" AND "B"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; GARNISHEE SUMMONS AND ORDER

Name of Person Served: ALLSTATE INSURANCE COMPANY, through MARK T. ICHIYAMA, STAFF COUNSEL

Time Served: 11:19 AM

Date Served: JANUARY 9, 2007

Place Served: 841 BISHOP STREET S-2111, HONOLULU HAWAII 96813

Acknowledgment of Person Served:

Dated: Honolulu, Hawaii, JANUARY 10, 2007 .

_____
AGENT A. SHANNON

4