ORIGINAL

CLAY CHAPMAN CRUMPTON IWAMURA & PULICE
Attorneys at Law
A Law Corporation

SUE V. HERBICH            6590-0
sherbich@paclawteam.com
CHARLES W. CRUMPTON       2218-0
crumpton@paclawteam.com
700 Bishop Street, 21st Floor
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant BRIAN K. TRAN
and Garnishee CLAY CHAPMAN CRUMPTON
IWAMURA & PULICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2007

at 10 o'clock and 45 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., | CIVIL NO. 04-00140 (HG/LEK) |
| Plaintiff, | DISCLOSURE OF GARNISHEE CLAY CHAPMAN CRUMPTON IWAMURA & PULICE; CERTIFICATE OF SERVICE |
| vs. | |
| BRIAN K. TRAN, | Date: February 20, 2007 |
| Defendant, | Time: 9:30 a.m. |
| | The Honorable Leslie E. Kobayashi |
| CLAY CHAPMAN CRUMPTON IWAMURA & PULICE, | Trial: May 3, 2005 |
| Garnishee. | |

DISCLOSURE OF GARNISHEE
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

Comes now, CLAY CHAPMAN CRUMPTON IWAMURA & PULICE ("Garnishee"), Garnishee in the above-entitled matter, and in response to the Garnishee Summons served upon Garnishee herein, discloses as follows:

1. At the time the Garnishee Summons was served upon Garnishee, it did not have any goods or effects of BRIAN K. TRAN ("Defendant") in its hands;

2. At such time, Garnishee was not indebted to the Defendant;

3. At such time, Garnishee did not have any monies of the Defendant in its possession for safekeeping; and

4. At such time, the Defendant was not in receipt of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust from Garnishee.

DATED:   Honolulu, Hawai'i; January 18, 2007.

_____
SUE V. HERBICH
Attorney for Defendant BRIAN K. TRAN
and CLAY CHAPMAN CRUMPTON
IWAMURA & PULICE

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., ) | CIVIL NO. 04-00140 (HG/LEK) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| BRIAN K. TRAN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CLAY CHAPMAN CRUMPTON ) | |
| IWAMURA & PULICE, ) | |
| ) | |
| Garnishee. ) | |
| ) | |
| ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a copy of the foregoing document was duly served upon the following party, at their last known address:

                                                        <u>By U.S. Mail</u>      <u>By Hand Delivery</u>

CAROLYN K. GUGELYK, ESQ.                                XX
KIMBERLY J. KOIDE, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813
Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

DATED: Honolulu, Hawaii, January 18, 2007.

_____
SUE V. HERBICH
Attorney for Defendant BRIAN K. TRAN
and CLAY CHAPMAN CRUMPTON
IWAMURA & PULICE