ORIGINAL

DONALD L. SPAFFORD, JR.  #6188
Pauahi Tower, Suite 470
1001 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309

Attorney for Debtor
BRIAN KHOI TRAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2007

at 1 o'clock and 30 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIAN K. TRAN, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL NO. 04-00140 (HG/LEK) <br><br> NOTICE OF BANKRUPTCY <br> STAY; EXHIBIT "A"; <br> CERTIFICATE OF SERVICE |

NOTICE OF BANKRUPTCY STAY

Pursuant to LBR 2072-1(a) of the Rules of the United States District Court, Defendant Brian K. Tran, by and through his undersigned bankruptcy attorney, hereby formally notifies the Court and parties that he filed a voluntary petition in bankruptcy on February 1, 2007, commencing bankruptcy case number 07-00092. A true and correct copy of the petition is attached hereto as Exhibit "A" and made a part hereof.

DATED: Honolulu, Hawaii, _Feb. 2, 2007_ .

_____
DONALD L. SPAFFORD, JR.
Attorney for Debtor
Brian K. Tran