UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., ) | CIVIL NO. 04-00140 (HG/LEK) |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| BRIAN K. TRAN, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I FURTHER CERTIFY that a copy of the foregoing document was duly served by U.S. mail, postage prepaid, on the following person at the following address on Feb. 2, 2007 :

Carolyn K. Gugelyk, ESQ.
Kimberly J. Koide, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Attorney for Plaintiff

Mark T. Ichiyama, Esq.
Davies Pacific Center
841 Bishop Street, Suite 2111
Honolulu, HI 96813

Attorney for Allstate Insurance Co.

DATED: Honolulu, Hawaii, _Feb. 2, 2007_ .

_____
DONALD L. SPAFFORD, JR.
Attorney for Debtor
Brian K. Tran