# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00410HG-LEK

CASE NAME:        Brian K. Tran vs. Ben Bridge-Jewelers, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:   Kimberly J. Koide

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
|---|---|---|---|
| DATE: | 02/20/2007 | TIME: | 9:39-9:41 |

COURT ACTION:  EP: Return Date on Issuance of Garnishee Summons as to Allstate Insurance Company.

Notice of Automatic BK Stay filed. No relief requested at this time. Counsel to prepare Order.

Submitted by: Warren N. Nakamura, Courtroom Manager