GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROLYN K. GUGELYK     6276-0
    cgugelyk@goodsill.com
  KIMBERLY J. KOIDE         8256-0
    kkoide@goodsill.com
  Alii Place, Suite 1800
  1099 Alakea Street
  Honolulu, Hawai`i  96813

Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880

Attorneys for Plaintiff
BEN BRIDGE JEWELER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BEN BRIDGE-JEWELERS, INC., | CIVIL NO.  04-00140 (HG/LEK) |
| Plaintiff, | ORDER REGARDING FUNDS OF OR FOR THE BENEFIT OF DEFENDANT BRIAN K. TRAN |
| vs. | |
| | Trial: May 3, 2005 |
| BRIAN K. TRAN, | |
| Defendant | |
| ALLSTATE INSURANCE COMPANY and CLAY CHAPMAN CRUMPTON IWAMURA & PULICE, | |

|  Garnishees  |  |
|---|---|

ORDER REGARDING FUNDS OF OR FOR THE BENEFIT OF
<u>DEFENDANT BRIAN K. TRAN</u>

Plaintiff BEN BRIDGE JEWELERS, INC.'s Ex Parte Motion for Issuance of Garnishee Summons filed on January 9, 2007, came on for hearing before the Honorable Magistrate Leslie E. Kobayashi in her Courtroom on February 20, 2007.  Plaintiff Ben Bridge Jewelers, Inc. was represented by Kimberly J. Koide.

Garnishee Allstate Insurance ("Allstate") did not make an appearance nor did it serve a written Garnishee Disclosure on Plaintiff's counsel.  Garnishee Clay Chapman Crumpton Iwamura & Pulice ("Clay Chapman") also did not make an appearance but filed a Garnishee Disclosure on January 18, 2007.

Defendant Brian K. Tran did not make an appearance but filed a Notice of Bankruptcy Stay in the above-referenced matter pursuant to LBR 2072-1(A) of the Rules of the United States District Court for the District of Hawai'i.

In order to preserve the status quo in this proceeding, and good cause appearing,

2

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any funds of Defendant Brian K. Tran or to which he may be entitled and which are held by or are in the possession of Allstate or Clay Chapman shall not be transferred unless by order of this Court or the order of another court of competent jurisdiction.

DATED:  Honolulu, Hawai'i, February 27, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

================================================================
*Ben Bridge-Jeweler, Inc. v. Brian K. Tran, Allstate Insurance Company,* Civil No. 04-00140 (HG/LEK); ORDER REGARDING FUNDS OF OR FOR THE BENEFIT OF DEFENDANT BRIAN K. TRAN