ORIGINAL

DONALD L. SPAFFORD, JR.    #6188
Pauahi Tower, Suite 470
1001 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309

Attorney for Debtor
BRIAN KHOI TRAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2007

at __1__ o'clock and __39__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. TRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN BRIDGE-JEWELERS, INC.;<br>JOHN DOES 1-10; JANE DOES<br>1-10; DOE ENTITIES;<br><br>    Defendant. | CIVIL NO. 04-00140(HG/LEK)<br><br>NOTICE OF BANKRUPTCY<br>DISCHARGE; EXHIBIT "A";<br>CERTIFICATE OF SERVICE |

## NOTICE OF BANKRUPTCY DISCHARGE

Pursuant to LBR 2072-1(e) of the Rules of the United States District Court, Defendant Brian K. Tran, by and through his undersigned bankruptcy attorney, hereby formally notifies the Court and parties that a discharge of debtor was granted in his bankruptcy case, number 07-00092, on May 2, 2007. A true and correct copy of the discharge of debtor is attached hereto as Exhibit "A" and made a part hereof.

DATED: Honolulu, Hawaii, _May 18, 2007_.

_____
DONALD L. SPAFFORD, JR.
Attorney for Debtor
Brian K. Tran

DATED: Honolulu, Hawaii, May 18, 2007