Form B18 – BAPCPA (Official Form 18)(10/05)

# United States Bankruptcy Court
# District of Hawaii

Case No. 07-00092

Chapter 7

In re:
    Brian Khoi Tran
    802 Prospect Street, #506
    Honolulu, HI 96813

Social Security No.:
    xxx-xx-2159

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(S)

The debtor(s) appearing to be entitled to a discharge,

**IT IS ORDERED** :

A discharge of the debtor(s) is granted under section 727 of title 11, United States Code (the Bankruptcy Code).

BY THE COURT

Dated: May 2, 2007

*Robert J. Faris*
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**



EXHIBIT "A"