UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN K. TRAN, | ) | CIVIL NO. 04-00140(HG/LEK) |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| BEN BRIDGE-JEWELERS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES; | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I FURTHER CERTIFY that a copy of the foregoing document was duly served by U.S. mail, postage prepaid, on the following person at the following address on _May 18, 2007_:

    Carolyn K. Gugelyk, ESQ.
    Kimberly J. Koide, ESQ.
    Goodsill Anderson Quinn & Stifel
    Alii Place, Suite 1800
    1099 Alakea Street
    Honolulu, HI 96813

    Attorney for Plaintiff

    Mark T. Ichiyama, Esq.
    Davies Pacific Center
    841 Bishop Street, Suite 2111
    Honolulu, HI 96813

    Attorney for Allstate Insurance Co.

DATED: Honolulu, Hawaii, _May 18, 2007_.

_____
DONALD L. SPAFFORD, JR.
Attorney for Debtor
Brian K. Tran