ORIGINAL

DONALD L. SPAFFORD, JR.   #6188
Pauahi Tower, Suite 470
1001 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309

Attorney for Debtor
BRIAN KHOI TRAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN K. TRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN BRIDGE-JEWELERS, INC.;<br>JOHN DOES 1-10; JANE DOES<br>1-10; DOE ENTITIES;<br><br>    Defendant. | CIVIL NO. 04-00140(HG/LEK)<br><br>NOTICE OF ORDER GRANTING<br>DEBTOR'S MOTION TO AVOID<br>JUDICIAL LIEN; EXHIBIT<br>"A"; CERTIFICATE OF SERVICE |

NOTICE OF ORDER GRANTING
DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

    Pursuant to LBR 2072-1(e) of the Rules of the United States District Court, Defendant Brian K. Tran, through his undersigned bankruptcy attorney, hereby formally notifies the Court and parties that an Order Granting Debtor's Motion to Avoid Judicial Lien was entered granted in his bankruptcy case, number 07-00092, on May 31, 2007 and that Ben Bridge Jeweler, Inc.'s judicial lien in Debtor's tort claim against David Shimokawa has been avoided pursuant to 11 U.S.C. §522(f). A true and correct copy of the Order Granting Debtor's Motion to Avoid Judicial Lien is attached hereto as Exhibit "A" and made a part hereof.

DATED: Honolulu, Hawaii, _June 1, 2007_.

_____
DONALD L. SPAFFORD, JR.
Attorney for Debtor
Brian K. Tran

-2-