DONALD L. SPAFFORD, JR.      6188
Pauahi Tower, Suite 470
1001 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309
e-mail: spafford@lava.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | Case No. 07-00092 |
| ) | (Chapter 7) |
| BRIAN KHOI TRAN, ) | |
| ) | ORDER GRANTING DEBTOR'S MOTION |
| ) | TO AVOID JUDICIAL LIEN |
| Debtor. ) | FILED ON APRIL 5, 2007 |
| ) | |
| ) | Hearing Date: May 16, 2007 |
| ) | Time: 10:30 a.m. |
| ) | Judge: Hon. Robert J. Faris |
| ) | |
| ) | Related Docket no. 21 |
| ) | |

ORDER GRANTING DEBTOR'S MOTION
TO AVOID JUDICIAL LIEN FILED ON APRIL 5, 2007

    Debtor BRIAN KHOI TRAN's Motion to Avoid Judicial Lien, filed
on April 5, 2007, came on for hearing before this Court at 10:30
a.m. on May 16, 2007.  Donald L. Spafford, Jr. appeared on behalf
of the Debtor and Kimberly Koide appeared on behalf of Creditor
Ben Bridge Jeweler, Inc ("Ben Bridge").  The Court being duly
advised of the matter and having reviewed movant's motion and
reply, and Ben Bridge's objection, and for the reasons stated in
open court pursuant to Rule 7052 of the Federal Rules of
Bankruptcy Procedure,

    IT IS HEREBY ORDERED that the Debtor's Motion to Avoid
Judicial Lien filed on April 5, 2007 be and hereby is granted and
that Ben Bridge Jeweler, Inc.'s judicial lien on Plaintiff's tort



EXHIBIT "A"

claim against David Shimokawa is hereby avoided.


DATED: Honolulu, Hawaii, _____.



                                   Uni      /s/ *Robert J. Faris*
                                            **United States Bankruptcy Judge**
                                            Dated: May 30, 2007


Approved as to Form



*Kimberly J. Koide*
KIMBERLY J. KOIDE
Attorney for Creditor
BEN BRIDGE JEWELER, INC.


Bankruptcy Case No. 07-00092: In re BRIAN KHOI TRAN: ORDER GRANTING DEBTOR'S
MOTION TO AVOID JUDICIAL LIEN FILED ON APRIL 5, 2007.

Case 1:04-cv-00140-HG-LEK   Document 191-2   Filed 06/01/2007   Page 3 of 4

X-Original-To: spafford@lava.net
Delivered-To: spafford@lava.net
X-Virus-Scanned: amavisd-new at lava.net
X-Spam-Score: 1.09
X-Spam-Level: *
X-Spam-Status: No, score=1.09 tagged_above=-999 required=9999
    tests=[AWL=0.026, HTML_MESSAGE=0.001, HTML_MIME_NO_HTML_TAG=0.512,
    MIME_HTML_ONLY=0.001, NO_REAL_NAME=0.55]
X-Greylist: Passed host: 208.27.111.70
X-SBRS: None
X-REMOTE-IP: 156.131.92.149
Date: Thu, 31 May 2007 09:08:20 -1000
From: BKECF_LiveDB@hib.uscourts.gov
To: cmecf@hib.uscourts.gov
Subject: 07-00092 Order on Motion to Avoid Lien
Comments: INPUT 208.27.111.70
Comments: HELO icmecfres2.gtwy.uscourts.gov
Comments: WhiteListed
Comments: For More Information, please visit:
<http://lava.net/support/utilities/spammo/guide.html>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once
without charge. To avoid later charges, download a copy of each document during this
first viewing.**

## U.S. Bankruptcy Court

### District of Hawaii

Notice of Electronic Filing

The following transaction was received from JN, entered on 5/31/2007 at 9:08 AM HST and
filed on 5/31/2007
**Case Name:**          Brian Khoi Tran
**Case Number:**        07-00092
**Document Number:** 39

**Docket Text:**
Order Granting Debtor's Motion To Avoid Judicial Lien (Related Doc # [21]). Date of Entry:
5/31/2007. (JN, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Q:\hib\Signed_Orders\07-00092-TRAN avoid lien.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018307671 [Date=5/31/2007] [FileNumber=1409007-0
] [94019eb842dc247a7217aa57a0e17b020d5b0e887e04ca7eed36fec3d1d3a7e1e41
32b4824cccdbb16cd449f1712442f8757f46cd3406a05cf43937798942b02]]

**07-00092 Notice will be electronically mailed to:**

Robert E. Chapman      rchapman@paclawteam.com

Walter C. Davison      bankruptcy_service@goodsill.com,
smatejko@goodsill.com;lcuartero@goodsill.com

Ronald K. Kotoshirodo      rkotoshirodo@hawaii.rr.com,
kimyoshida@hawaii.rr.com;rkotoshirodo@ecf.epiqsystems.com

Office of the U.S. Trustee      ustpregion15.hi.ecf@usdoj.gov

Donald L. Spafford      spafford@lava.net

**07-00092 Notice will not be electronically mailed to:**