IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN K. TRAN, | ) | CIVIL NO. 04-00140(HG/LEK) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| BEN BRIDGE-JEWELERS, INC.; | ) | |
| JOHN DOES 1-10; JANE DOES | ) | |
| 1-10; DOE ENTITIES; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I FURTHER CERTIFY that a copy of the foregoing document was duly served by U.S. mail, postage prepaid, on the following persons at the following addresses on _June 1, 2007_ :

    Carolyn K. Gugelyk, ESQ.
    Kimberly J. Koide, ESQ.
    Goodsill Anderson Quinn & Stifel
    Alii Place, Suite 1800
    1099 Alakea Street
    Honolulu, HI 96813

    Attorney for Plaintiff


    Mark T. Ichiyama, Esq.
    Davies Pacific Center
    841 Bishop Street, Suite 2111
    Honolulu, HI 96813

    Attorney for Allstate Insurance Co.

DATED: Honolulu, Hawaii, ___June 1, 2007___.

                                    _____
                                    DONALD L. SPAFFORD, JR.
                                    Attorney for Debtor
                                    Brian K. Tran